IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TODD MAYER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORFOLK NE, (POLICE),<br><br>Defendant. | **8:25CV351**<br><br>**MEMORANDUM AND ORDER** |

On June 16, 2026, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 6. On July 13, 2026, the Court's June 16, 2026, order sent to Plaintiff was returned to this Court as undeliverable. Filing No. 7. The Court updated Plaintiff's address to the address provided by Plaintiff in another case he filed in this Court, *see* Case No. 8:26CV301, and resent the Court's June 16, 2026, order to Plaintiff at his updated address on July 14, 2026. There is no indication in the record that Plaintiff did not receive notice of the Court's June 16, 2026, order after it was resent to him. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 5th day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge